FILED

NOV 0 1 2013

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| DALE E. ULRICH,<br><br>         Petitioner,<br><br>vs.<br><br>MARTIN FRINK, Warden,<br><br>         Respondent. | No. CV-13-119-BLG-SEH<br><br>ORDER |

United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendations on October 7, 2013.[1] Petitioner filed objections on October 21, 2013.[2] The Court has fully considered Petitioner's objections and has reviewed *de novo* Judge Ostby's Findings and Recommendations. 28 U.S.C. § 636(b)(1). Upon *de novo* review of the record, I find no error in Judge Ostby's Findings and Recommendations and adopt them in full.

---

[1] Doc. 3.

[2] Doc. 4.

ORDERED:

1. Petitioner's Petition for Writ of Habeas Corpus[3] is DISMISSED with prejudice.

2. A certificate of appealability is DENIED because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

3. The Clerk is directed to enter judgment accordingly.

DATED this 1st day of November, 2013.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[3] Doc. 1.